IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ASHLEY M. THOMAS                                                                                            PLAINTIFF

v.                                            Case No. 2:23-cv-2045

MARTIN O'MALLEY, Commissioner,
Social Security Administration                                                                     DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 16. Judge Ford recommends that Defendant Social Security Commissioner's denial of Plaintiff's request for Social Security Disability Benefits be reversed and remanded back to the Commissioner for further consideration pursuant to 42 U.S.C. § 405(g).

No party has filed a timely objection to Judge Ford's R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 16) *in toto*. The Commissioner's decision denying Plaintiff's request for Disability Benefits is hereby **REVERSED** and **REMANDED** for further consideration pursuant to 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 29th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge