IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ASHLEY M. THOMAS                                                                                            PLAINTIFF

v.                                               Case No. 2:23-cv-2045

MARTIN O'MALLEY, Commissioner,
Social Security Administration                                                                         DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 21. Judge Ford recommends that Plaintiff's unopposed[1] Motion for Attorney's Fees (ECF No. 18) be granted.

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 21) *in toto*. Plaintiff's Motion for Attorney's fees (ECF No. 18) is **GRANTED**. Plaintiff hereby is awarded $6,996.65 for attorney's fees pursuant to 28 U.S.C. § 2412.

**IT IS SO ORDERED**, this 3rd day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Defendant responded and stated no objection to Plaintiff's requested attorney's fees award. ECF No. 21.